# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

FILED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAREN KARAM
JOSEPH A. KARAM,

v.

LION CAPITAL MAMAGEMENT GROUP
LION SELECT PORTFOLIO MASTER
FUND, LTD
LION ABSOL,

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

CV 08 80172 MISC

Case Number: 08-13132

VRW

I, DAVID J. WEAVER, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on **APRIL 9, 2008**, as it appears in the records of this court, and that:

*No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.*

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on:

August 25, 2008.

DAVID J. WEAVER, CLERK

By _____
Deputy Clerk

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having entered on [date]."..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]."... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed R. App. P. are motions for: judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Karen Karam et al

            Plaintiff,

v.

Lion Capital Management Group et al
           Defendant.
_____/

Case No. 08-10132
Hon. David M. Lawson

## CLERK'S ENTRY OF JUDGMENT BY DEFAULT

The Clerk's entry of default having been entered against Defendants Lion Capital Management Group, Lion Select Portfolio Master Fund Limited, Lion Absolute Value Fund, LP and Banet Hausmann-A , and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, **JUDGMENT BY DEFAULT** is hereby entered in favor of the Plaintiffs and against the Defendant, Lion Capital Management Group, Lion Select Portfolio Master Fund Limited, Lion Absolute Value Fund, LP and Banet Hausmann-A, in the amount of **$1,001,405.20** plus interest.

                                      David J. Weaver, Clerk of Court
                                      United States District Court

                    By:    s/ J. Creary
                            Deputy Clerk

Dated: 4/9/08

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
          Deputy,